Decided June 5, 1997

## SOUTHEASTERN CONNECTICUT REGIONAL RESOURCES RECOVERY AUTHORITY ET AL. *v.* AMERICAN REF-FUEL COMPANY OF SOUTHEASTERN CONNECTICUT

## AMERICAN REF-FUEL COMPANY OF SOUTH-EASTERN CONNECTICUT *v.* CONNECTICUT RESOURCES RECOVERY AUTHORITY ET AL.

The petition by the Southeastern Connecticut Regional Resources Recovery Authority and the Connecticut Resources Recovery Authority for certification for appeal from the Appellate Court, 44 Conn. App. 728 (AC 15911/16270), is denied.

*Roger E. Koontz, William B. Heinrich,* and *Robert E. Wright,* in support of the petition.

*Charles D. Ray, William H. Narwold* and *William H. Bright, Jr.,* in opposition.

Decided June 5, 1997